[No. 53603-6-I. Division One. January 24, 2005.]

DOROTHY SMITH, *Appellant*, v. UNIVERSITY USED AND RARE BOOKS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-21065-1, Douglass A. North, J., entered September 19, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53612-5-I. Division One. January 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAMES PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-00863-2, Michael F. Moynihan, J., entered December 18, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53635-4-I. Division One. January 24, 2005.]

GRAOCH ASSOCIATES #5 LIMITED PARTNERSHIP, *Plaintiff*, v. TITAN CONSTRUCTION CORPORATION, *Appellant*, MIKE PURCELL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-01921-1, James A. Doerty, J., entered January 9, 2004. *Reversed* by unpublished per curiam opinion. Now published at 126 Wn. App. 856.

[No. 53695-8-I. Division One. January 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ROBERT AGNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01445-8, Ronald Kessler, J., entered December 29, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.